FEDERAL HOME LOAN MORTGAGE CORPORATION *v.*
CAROLYN F. HOERLE ET AL.
(13717)

FOTI, LAVERY and SPEAR, Js.

Argued April 21—decision released May 16, 1995

*Gary J. C. Woodfield,* for the appellant (named defendant).

*Alexander Aponte,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.